ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE 6:07-mj-00019 WMW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| vs ) | VACATE TRIAL AND SET STATUS CONFERENCE. |
| ) | |
| CHARLES R. BARTLETT ) | Date: October 17, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: U.S. Magistrate Judge: |
| _____ ) | Hon. William M. Wunderlich |

    IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the National Park Service, and Defendant, CHARLES R. BARTLETT, and his Attorney of record, CAROL MOSES, that the Bench Trial in the above-captioned matter be vacated for September 24, 2007, and a Status Conference is requested for October 17, 2007, at 10:00 a.m.

Dated: September 20, 2007        By: /s/ Elizabeth Waldow
                                     ELIZABETH WALDOW
                                     Legal Officer for
                                     National Park Service

Dated: September 20, 2007        By: /s/ Carol Moses
                                     CAROL MOSES
                                     Attorney for CHARLES R. BARTLETT

1
2
3                           * * * ORDER * * *
4        The Court, having reviewed the above request to vacate the
5   Trial Date, now set for September 24, 2007, and set a Status
6   Conference in the above-captioned matter for October 17, 2007, at
7   10:00 a.m., HEREBY ORDERS AS FOLLOWS:
8        1.   The Trial set for September 24, 2007 is vacated.
9        2.   The above-captioned matter is now set for Status
10            Conference on October 17, 2007.
11
12                          IT IS SO ORDERED.
13       **Dated:   September 20, 2007         /s/  William M. Wunderlich**
14                          UNITED STATES MAGISTRATE JUDGE