```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4
 5
 6
 7
                       UNITED STATES DISTRICT COURT
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,      )   CASE  6:07-mj-00019 WMW
10                                 )
              Plaintiff,           )
11                                 )   STIPULATION TO CONTINUE
        vs                         )   STATUS CONFERENCE
12                                 )
                                   )
13  CHARLES BARTLETT               )
                                   )   Date: October 23, 2007
14                                 )   Time: 10:00 a.m.
              Defendant.           )   Court: U.S. Magistrate
15  _____  )   Judge:
                                   )   Hon. William M. Wunderlich
16  _____
         IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,
17
    the Legal Officer for the United States Government and Defendant,
18
    Charles Bartlett, and his Attorney of record, Carol Ann Moses,
19
    that the status conference in the above-captioned matter
20
    scheduled for October 17, 2007, be continued until October 23,
21
    2007, at 10:00 a.m..
22
    Dated:
23
                                       By:   /s/ Elizabeth Waldow
24                                     ELIZABETH WALDOW
                                       Legal Officer for
25                                     United States Government
26
    Dated:
27
                                       By:   /s/ Carol Ann Moses
                                       CAROL ANN MOSES
28                                     Attorney for Charles Bartlett


                                    1
                   STIPULATION TO ----------AND ORDER THEREON
```

1 * * * ORDER * * *

2 The Court, having reviewed the above request for a
3 Continuance in the status conference scheduled for October 17,
4 2007, to October 23, 2007, at 10:00 a.m. and Order Thereon,
5 HEREBY ORDERS AS FOLLOWS:
6     1.    The Status Conference shall be continued to October 23,
7         2007

10 IT IS SO ORDERED.

11 **Dated:   October 16, 2007**           /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE